**RAZZANO WALSH & TORRES, P.C.**
PAN AMERICAN BUILDING
SUITE 100, 139 MURRAY BLVD.
HAGATNA, GUAM 96910
TELEPHONE: (671) 989-3009
FACSIMILE: (671) 989-8750

*Attorneys for Defendant*
*DZSP 21, LLC*

**IN THE DISTRICT COURT**
**TERRITORY OF GUAM**

| | |
|---|---|
| ROBERT S. WESTERMANN,<br><br>        Plaintiff.<br><br>    vs.<br><br>DZSP 21, LLC,<br><br>        Defendant. | Civil Case No. 1:20-cv-00046<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Robert S. Westermann and Defendant DZSP 21, LLC by and through their respective counsels, hereby Stipulate to dismiss the Complaint in the above-titled action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own attorneys fees and costs in this matter.

**RAZZANO WALSH & TORRES, P.C.**

Date: 10/13/23

By: /s/ Joseph C. Razzano
**JOSEPH C. RAZZANO**
*Attorneys for Defendant*

**LAW OFFICE OF MARK E. WILLIAMS**

Date: 9/29/23 .

By: /s/ *Mark Williams*
**MARK E. WILLIAMS**
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify as follows:

On this 13th day of October 2023, I will cause to be served, via the Court's CM/ECF system, a true and correct copy of the **STIPULATED DISMISSAL WITH PREJUDICE**, upon the following counsel of record:

Mark E. Williams
Law Office of Mark E. Williams
*markwilliams247@gmail.com*
*mark.e.williams@usa.net*

EXECUTED this 13th day of October 2023.

**RAZZANO WALSH & TORRES, P.C.**

By: /s/ Joseph C. Razzano
**JOSEPH C. RAZZANO**
*Attorneys for Defendant*

\#
\#